JOSEPH BIEBEL v. ROBERT J. BRINNING.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY WILLIAMS.

May 28, 1980.

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. John A. Carpentieri*, 82 *N.J.* 546 (A-122-79, decided May 19, 1980).

RICHARD ZALEK v. N. L. INDUSTRIES.

June 12, 1980.

Petition for certification granted.